JOHN P. KRISTENSEN (SBN 224132)
DAVID L. WEISBERG (SBN 211675)
**KRISTENSEN WEISBERG, LLP**
12304 Santa Monica Blvd., Suite 100
Los Angeles, California 90025
Telephone: 310-507-7924
Fax: 310-507-7906
*john@kristenenlaw.com*
*david@kristenenlaw.com*

TODD M. FRIEDMAN (SBN 216752)
SUREN N. WEERASURIYA (SBN 278521)
**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**
324 S. Beverly Dr., Suite 725
Beverly Hills, California 90212
Telephone: 877-206-4741
Fax: 866-633-0228
*tfriedman@attorneysforconsumers.com*
*sweerasuriya@attorneysforconsumers.com*

***Attorneys for Plaintiff and all others similarly
situated***

# THE UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| ROBERT BALLON, on behalf of himself and all others similarly situated,<br><br>          Plaintiff,<br><br>     vs.<br><br>LOCAL LIGHTHOUSE CORP., and DOES 1 through 20, inclusive, and each of them,<br><br>          Defendants. | Case No.  8:15-cv-00802-JVS-JPR<br><br>**CLASS ACTION**<br><br>**FIRST AMENDED COMPLAINT FOR VIOLATIONS OF:**<br><br>(1) Violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq.*<br>(2) Willful Violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq.*;<br>(3) Using Automatic Dialing-Announcing Devices in Violation of Cal. *Pub. Util. Code* §§ 2871- |

*Kristensen Weisberg, LLP*
*12304 Santa Monica Blvd., Suite 100*
*Los Angeles, California 90025*

**FIRST AMENDED CLASS ACTION COMPLAINT; DEMAND FOR JURY TRIAL**

2876; and

(4)   Invasion of Privacy

**DEMAND FOR JURY TRIAL**

Plaintiff Robert Ballon ("Plaintiff"), on behalf of himself and all others similarly situated, alleges the following upon information and belief based upon personal knowledge:

## NATURE OF THE CASE

1.      Plaintiff brings this action for himself and others similarly situated seeking damages and any other available legal or equitable remedies resulting from the illegal actions of defendant Local Lighthouse Corp. ("Defendant" or "Local Lighthouse") and DOES 1 through 20, in negligently knowingly, and/or willfully contacting Plaintiff on Plaintiff's cellular telephone in violation of the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq.* ("TCPA"), thereby invading Plaintiff's privacy.

## JURISDICTION & VENUE

2.      Jurisdiction is proper under 28 U.S.C. § 1332(d)(2) because Plaintiff, a resident of Colorado, seeks relief on behalf of a Class, which will result in at least one class member belonging to a different state than that of Defendant, a company with its principal place of business at 13681 Newport Avenue, Suite 8153, Tustin, California 92780.  Plaintiff also seeks up to $1,500.00 in damages for each call in violation of the TCPA, which, when aggregated among a proposed class in the thousands, exceeds the $5,000,000.00 threshold for federal court jurisdiction.  Therefore, both diversity jurisdiction and the damages threshold under the Class Action Fairness Act of 2005 ("CAFA") are present, and this Court has jurisdiction.

3.      Venue is proper in the United States District Court for the Central

Kristensen Weisberg, LLP
12304 Santa Monica Blvd, Suite 100
Los Angeles, California 90025

District of California pursuant to 18 U.S.C. §§ 1391(b) and 144(a) because
Defendant does business within the State of California and the County of
Orange.

**PARTIES**

4.    Plaintiff, Robert Ballon ("Plaintiff"), is a natural person residing in
Denver County, Colorado.

5.    Defendant Local Lighthouse, Corp. ("Defendant" or "Local
Lighthouse") is a California corporation with its principal place of business at
13681 Newport Avenue, Suite 8153, Tustin, California 92780.  Plaintiff is
informed and believes that Local Lighthouse conducted and conducts business in
Orange County.  Furthermore, its registered agent for service of process is listed
with the Secretary of State as Richard Paik at 13681 Newport Avenue, Suite
8153, Tustin, California 92780.

6.    The above named Defendant, and its subsidiaries and agents, are
collectively referred to as "Defendants."  The true names and capacities of the
Defendants sued herein as DOE DEFENDANTS 1 through 20, inclusive, are
currently unknown to Plaintiff, who therefore sues such Defendants by fictitious
names.  Each of the Defendants designated herein as a DOE is legally
responsible for the unlawful acts alleged herein.  Plaintiff will seek leave of
Court to amend the Complaint to reflect the true names and capacities of the
DOE Defendants when such identities become known.

7.    Plaintiff is informed and believes and thereon alleges that at all
relevant times, each and every Defendant was acting as an agent and/or
employee of each of the other Defendants and was the owner, agent, servant,
joint venturer and employee, each of the other and each was acting within the
course and scope of its ownership, agency, service, joint venture and
employment with the full knowledge and consent of each of the other
Defendants.  Plaintiff is informed and believes and thereon alleges that each of

Kristensen Weisberg, LLP
12304 Santa Monica Blvd., Suite 100
Los Angeles, California 90025

FIRST AMENDED CLASS ACTION COMPLAINT; DEMAND FOR JURY TRIAL

-3-

1   the acts and/or omissions complained of herein was made known to, and ratified
2   by, each of the other Defendants.

3        8.     At all times mentioned herein, each and every Defendant was the
4   successor of the other and each assumes the responsibility for each other's acts
5   and omissions.

6   **FACTUAL ALLEGATIONS**

7        9.     Beginning on or around the afternoon of May 5, 2015, Defendant
8   contacted Plaintiff on his cellular telephone at (619) 341-****, in an attempt to
9   communicate with Plaintiff regarding search engine optimization services. The
10  original calls came from what is believed to be an internet generated spoof
11  number starting with the area code prefix (916). Defendant is known to use the
12  number (916) 970-7110.

13       10.    Defendant used an "automated telephone dialing system," as
14  defined by 47 U.S.C. § 227(a)(1) to place its calls to Plaintiff seeking to
15  communicate with Plaintiff regarding services from "Local Lighthouse, Corp."

16       11.    Defendant's call(s) constituted calls that were not for emergency
17  purposes as defined by 47 U.S.C. § 227(b)(1)(A).

18       12.    Defendant's call(s) were placed to telephone numbers assigned to a
19  cellular telephone service for which Plaintiff incurs a charge for incoming calls
20  pursuant to 47 U.S.C. § 227(b)(1).

21       13.    Defendant never received Plaintiff's "prior express consent" to
22  receive calls using an automated dialing system or an artificial or prerecorded
23  voice on his cellular telephone pursuant to 47 U.S.C. § 227(b)(1)(A).

24       14.    Defendant used an "automatic dialing-announcing device," as
25  defined by Cal. *Pub. Util. Code* § 2871 to place its calls to Plaintiff seeking to
26  communicate with Plaintiff regarding services from "Local Lighthouse, Corp."

27       15.    Defendant's call(s) constituted calls that were not of the type
28  allowed under Cal. *Pub. Util. Code* §§ 2872(d)-(f).

Kristensen Weisberg, LLP
12304 Santa Monica Blvd., Suite 100
Los Angeles, California 90025

FIRST AMENDED CLASS ACTION COMPLAINT; DEMAND FOR JURY TRIAL

Kristensen Weisberg, LLP
12304 Santa Monica Blvd., Suite 100
Los Angeles, California 90025

16.   There was no prior agreement between Defendant and Plaintiff whereby Defendant received Plaintiff's consent to receive such calls pursuant to Cal. *Pub. Util. Code* § 2873.

17.   Defendant's call(s) did not begin with an "unrecorded, natural voice" stating the nature of the call and inquiring as to whether Plaintiff consented to hear a prerecorded message violation of Cal. *Pub. Util. Code* § 2874(a).

## CLASS ALLEGATIONS

18.   Plaintiff brings this action pursuant to Rule 23 of the Federal Rules of Civil Procedure and/or other applicable law, on behalf of himself and all others similarly situated, as a member of the proposed class (hereafter "the Class") defined as follows:

> All persons within the United States who received any telephone calls from Defendant to said person's cellular telephone made through the use of any automatic telephone dialing system or an artificial or prerecorded voice and such person had not previously provided express consent to receiving such calls within the four years prior to the filing of this Complaint

19.   Plaintiff represents, and is a member of the Class, consisting of All persons within the United States who received any telephone call from Defendant to said person's cellular telephone made through the use of any automatic telephone dialing system or an artificial or prerecorded voice and such person had not previously not provided their cellular telephone number to Defendant within the four years prior to the filing of this Complaint.

20.   Excluded from the Class are governmental entities, Defendants, any entity in which Defendants have a controlling interest, and Defendants' officers, directors, affiliates, legal representatives, employees, co-conspirators, successors,

1   subsidiaries, and assigns.  Also excluded from the Class are any judges, justices

2   or judicial officers presiding over this matter and the members of their immediate

3   families and judicial staff.

4        21.    This action is properly maintainable as a class action.  This action

5   satisfies the numerosity, typicality, adequacy, predominance and superiority

6   requirements for a class action.

7        22.    **Numerosity**:  The proposed Class is so numerous that individual

8   joinder of all members is impracticable.  Due to the nature of the trade and

9   commerce involved, Plaintiff does not know the number of members in the

10   Class, but believes the Class members number in the thousands, if not more.

11   Plaintiff alleges that the Class may be ascertained by the records maintained by

12   Defendants.

13        23.    Plaintiff and members of the Class were harmed by the acts of

14   Defendant(s) in at least the following ways:  Defendant(s) illegally contacted

15   Plaintiff and Class members via their cellular telephones thereby causing

16   Plaintiff and Class members, without their " prior express consent," to incur

17   certain charges or reduced telephone time for which Plaintiff and Class members

18   had previously paid by having to retrieve or administer message(s) left by

19   Defendant during those illegal calls, and invading the privacy of said Plaintiff

20   and Class members.

21        24.    **Common Questions of Law and Fact Predominate**:  There are

22   only a few legal and factual issues to determine if there is liability under the

23   TCPA and for each of those questions of law and fact, common issues to the

24   Class predominate over any questions that may affect individual Class members,

25   in that the claims of all Class members for each of the claims herein can be

26   established with common proof.  Common questions of fact and law include, but

27   are not limited to, the following:

28   ///

Kristensen Weisberg, LLP
12304 Santa Monica Blvd., Suite 100
Los Angeles, California 90025

FIRST AMENDED CLASS ACTION COMPLAINT; DEMAND FOR JURY TRIAL

(a)   Whether, within the four years prior to the filing of this Complaint, Defendant(s) made any calls (other than a call made for emergency purposes or made with the prior express consent of the called party) to a Class member using any automated dialing system or an artificial or prerecorded voice to any telephone number assigned to a cellular telephone service;

(b)   Whether Plaintiff and the Class members were damaged thereby, and the extent of the statutory damages for each such violation;

(c)   Whether Plaintiff and the Class members were damaged by the violations of their rights to privacy; and

(d)   Whether the Defendant(s) should be enjoined from engaging in such conduct in the future.

25.   **Typicality**: Plaintiff's claims are typical of the claims of members of the Class, as Plaintiff was subject to the same common course of conduct by Defendant(s) as all Class members. The injuries to each member of the Class were caused directly by Defendant(s)' wrongful conduct as alleged herein.

26.   **Adequacy of Representation**: Plaintiff will fairly and adequately represent and protect the interests of the Class. Plaintiff has retained counsel with substantial experience in handling complex class action litigation. Plaintiff and his counsel are committed to prosecuting this action vigorously on behalf of the Class and have financial resources to do so.

27.   **Superiority of Class Action**: A class action is superior to other available methods for the fair and efficient adjudication of the present controversy. Class members have little interest in individually controlling the prosecution of separate actions because the individual damage claims of each Class member are not substantial enough to warrant individual filings. In sum, for many, if not most, Class members, a class action is the only feasible mechanism that will allow them an opportunity for legal redress and justice. The

Kristensen Weisberg, LLP
12304 Santa Monica Blvd., Suite 100
Los Angeles, California 90025

conduct of this action as a class action in this forum, with respect to some or all of the issues presented herein, presents fewer management difficulties, conserves the resources of the parties and of the court system, and protects the rights of each Class member.

28.     Moreover, individualized litigation would also present the potential for varying, inconsistent, or incompatible standards of conduct for Defendants, and would magnify the delay and expense to all parties and to the court system resulting from multiple trials of the same factual issues.  The adjudication of individual Class members' claims would also, as a practical matter, be dispositive of the interests of other members not parties to the adjudication, and could substantially impair or impede the ability of other Class members to protect their interests.

29.     Plaintiff and the members of the Class have suffered and will continue to suffer harm as a result of Defendant(s)' unlawful and wrongful conduct.  Defendant(s) have acted, or refused to act, in respects generally applicable to the Class, thereby making appropriate final and injunctive relief with regard to the members of the Class as a whole.

## FIRST CAUSE OF ACTION

### (VIOLATION OF THE TELEPHONE CONSUMER PROTECTION ACT, 47 U.S.C. *ET SEQ.*)

### (Against All Defendants)

30.     Plaintiff hereby incorporates by reference and re-alleges each and every allegation set forth in each and every preceding paragraph of this Complaint, as though fully set forth herein.

31.     The foregoing acts and omissions of Defendants constitute numerous and multiple violations of the TCPA, including but not limited to each and every one of the above cited provisions of 47 U.S.C. § 227, *et seq*.

32.     As a result of Defendants violations of 47 U.S.C. § 227, *et seq.*,

Kristensen Weisberg, LLP
12304 Santa Monica Blvd., Suite 100
Los Angeles, California 90025

Kristensen Weisberg, LLP
12304 Santa Monica Blvd., Suite 100
Los Angeles, California 90025

1   Plaintiff and the Class Members are entitled to an award of $500.00 in statutory

2   damages, for each and every violation, pursuant to 47 U.S.C. § 227(b)(3)(B).

3       33.    Plaintiff and the Class members are also entitled to and seek

4   injunctive relief prohibiting such conduct in the future.

5                        **SECOND CAUSE OF ACTION**

6              (KNOWING AND/OR WILLFUL VIOLATION OF

7       THE TELEPHONE CONSUMER PROTECTION ACT, 47 U.S.C. *ET SEQ.*)

8                        **(Against All Defendants)**

9       34.    Plaintiff hereby incorporates by reference and re-alleges each and

10  every allegation set forth in each and every preceding paragraph of this

11  Complaint, as though fully set forth herein.

12      35.    The foregoing acts and omissions of Defendants constitute

13  numerous and multiple knowing and/or willful violations of the TCPA, including

14  but not limited to each and every one of the above cited provisions of 47 U.S.C.

15  § 227, *et seq.*

16      36.    As a result of Defendant(s)' violations of 47 U.S.C. § 227, *et seq.*,

17  Plaintiff and the Class Members are entitled to an award of $1,500.00 in statutory

18  damages, for each and every violation, pursuant to 47 U.S.C. § 227(b)(3)(B) and

19  47 U.S.C. § 227(b)(3)(C).

20      37.    Plaintiff and the Class members are also entitled to and seek

21  injunctive relief prohibiting such conduct in the future.

22                       **THIRD CAUSE OF ACTION**

23  (USING AUTOMATIC DIALING-ANNOUNCING DEVICES IN VIOLATION OF CAL.

24              *PUB. UTIL. CODE* §§ 2871-2876)

25                       **(Against All Defendants)**

26      38.    Plaintiff hereby incorporates by reference and re-alleges each and

27  every allegation set forth in each and every preceding paragraph of this

28  Complaint, as though fully set forth herein.

FIRST AMENDED CLASS ACTION COMPLAINT; DEMAND FOR JURY TRIAL

-9-

39.     The foregoing acts and omissions of Defendants constitute numerous and multiple violations of Cal. *Pub. Util. Code* §§ 2871-2876.

40.     As a result of Defendants violations of Cal. *Pub. Util. Code* §§ 2871-2876, Plaintiff and the Class Members are entitled to an award of $500.00 in statutory damages, for each and every violation, pursuant to Cal. *Pub. Util. Code* § 2876(a).

41.     Due to the harassment suffered at the hands of Defendant, Plaintiff and the Class members are also entitled to and seek injunctive relief prohibiting such conduct in the future pursuant to Cal. *Code Civ. Proc.* § 527.6.

## FOURTH CAUSE OF ACTION

### (INVASION OF PRIVACY)

### (Against All Defendants)

42.     Plaintiff hereby incorporates by reference and re-alleges each and every allegation set forth in each and every preceding paragraph of this Complaint, as though fully set forth herein.

43.     Plaintiff is informed and thereon alleges that the actions of Defendant(s) in contacting Plaintiff and Class members on their personal cell phones, without consent, in an effort to make a commercial solicitation, violated their rights to privacy by intruding into their solitude, seclusion and/or private affairs under California law.

44.     As a result, Plaintiff and the Class members are entitled to damages for each and every invasion of privacy by intrusion.

///

///

///

///

///

///

Kristensen Weisberg, LLP
12304 Santa Monica Blvd., Suite 100
Los Angeles, California 90025

FIRST AMENDED CLASS ACTION COMPLAINT; DEMAND FOR JURY TRIAL

-10-

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff, individually and on behalf of the Class, prays for relief and judgment as follows:

1.      An order certifying this action as a class action and appointing Plaintiff and his counsel to represent the Class;

2.      For the first cause of action:

- Plaintiff and Class members are entitled to and request $500.00 in statutory damages, for each and every violation, pursuant to 47 U.S.C. § 227, *et seq.*;

- Preliminary and permanent injunctive relief enjoining Defendant(s), their agents, servants and employees, and all persons acting in concert with them, from engaging in, and continuing to engage in, the unlawful calls made with automated dialing systems to cellular phones without prior express consent;

- Attorneys' fees, costs and any and all other relief that the Court deems just and proper.

3.      For the second cause of action:

- Plaintiff and Class members are entitled to and request $1,500.00 in statutory damages, for each and every violation, pursuant to 47 U.S.C. § 227, *et seq.*;

- Preliminary and permanent injunctive relief enjoining Defendant(s), their agents, servants and employees, and all persons acting in concert with them, from engaging in, and continuing to engage in, the unlawful calls made with automated dialing systems to cellular phones without prior express consent;

- Attorneys' fees, costs and any and all other relief that the Court deems just and proper.

///

Kristensen Weisberg, LLP
12304 Santa Monica Blvd., Suite 100
Los Angeles, California 90025

4.   For the third cause of action:

- Plaintiff and Class members are entitled to and request $500.00 in statutory damages, for each and every violation, pursuant to Cal. *Pub. Util. Code* § 2876;

- Preliminary and permanent injunctive relief enjoining Defendant(s), their agents, servants and employees, and all persons acting in concert with them, from engaging in, and continuing to engage in, the unlawful, annoying, and harassing telephone calls made with automated dialing systems to cellular phones without prior express consent, pursuant to Cal. *Code Civ. Proc.* § 527.6;

- Attorneys' fees, costs and any and all other relief that the Court deems just and proper.

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

Kristensen Weisberg, LLP
12304 Santa Monica Blvd., Suite 100
Los Angeles, California 90025

FIRST AMENDED CLASS ACTION COMPLAINT; DEMAND FOR JURY TRIAL

5.     For the fourth cause of action:

- Plaintiff and Class members are entitled to damages, for each and every violation;
- Preliminary and permanent injunctive relief enjoining Defendant(s), their agents, servants and employees, and all persons acting in concert with them, from engaging in, and continuing to engage in, the unlawful calls made with automated dialing systems to cellular phones without prior express consent;
- Attorneys' fees, costs and any and all other relief that the Court deems just and proper.

Dated: June 12, 2015                    Respectfully submitted,

                              By: _/s/ John P. Kristensen_

                              John P. Kristensen (SBN 224132)
                              _john@kristensenlaw.com_
                              David L. Weisberg (SBN 211675)
                              _david@kristensenlaw.com_
                              **KRISTENSEN WEISBERG, LLP**
                              12304 Santa Monica Blvd., Suite 100
                              Los Angeles, California 90025
                              Telephone:  (310) 507-7924
                              Fax:  (310) 507-7906

                              Todd M. Friedman (SBN 216752)
                              _tfriedman@attorneysforconsumers.com_
                              Suren N. Weerasuriya (SBN 278521)
                              _sweerasuriya@attorneysforconsumers.com_
                              **LAW OFFICES OF TODD M. FRIEDMAN, P.C.**
                              324 S. Beverly Dr., Suite 725
                              Beverly Hills, California 90212
                              Telephone:  877-206-4741
                              Fax:  866-633-0228

Kristensen Weisberg, LLP
12304 Santa Monica Blvd., Suite 100
Los Angeles, California 90025

**FIRST AMENDED CLASS ACTION COMPLAINT; DEMAND FOR JURY TRIAL**

# DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury for all such triable claims.

Dated:  June 12, 2015                    Respectfully submitted,

                                 By:  */s/ John P. Kristensen*

                                 John P. Kristensen (SBN 224132)
                                 *john@kristensenlaw.com*
                                 David L. Weisberg (SBN 211675)
                                 *david@kristensenlaw.com*
                                 **KRISTENSEN WEISBERG, LLP**
                                 12304 Santa Monica Blvd., Suite 100
                                 Los Angeles, California 90025
                                 Telephone:  (310) 507-7924
                                 Fax:  (310) 507-7906

                                 Todd M. Friedman (SBN 216752)
                                 *tfriedman@attorneysforconsumers.com*
                                 Suren N. Weerasuriya (SBN 278521)
                                 *sweerasuriya@attorneysforconsumers.com*
                                 **LAW OFFICES OF TODD M. FRIEDMAN,
                                 P.C.**
                                 324 S. Beverly Dr., Suite 725
                                 Beverly Hills, California 90212
                                 Telephone:  877-206-4741
                                 Fax:  866-633-0228

Kristensen Weisberg, LLP
12304 Santa Monica Blvd., Suite 100
Los Angeles, California 90025

**FIRST AMENDED CLASS ACTION COMPLAINT; DEMAND FOR JURY TRIAL**

# CERTIFICATE OF SERVICE

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is Kristensen Weisberg, LLP, 12304 Santa Monica Boulevard, Suite 100, Los Angeles, California 90025. The foregoing document was served via ECF on all parties and their attorneys of record in case number 8:15-cv-00802-JVS-JPR entitled ROBERT BALLON V. LOCAL LIGHTHOUSE CORP.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Los Angeles, California on June 12, 2015.

*/s/ Neil Ortlani*
Neil Ortlani

CERTIFICATE OF SERVICE