# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BALLON, individually and on behalf of all others similarly situated; NOAH WICK, individually and on behalf of all others similarly situated; ANDREW GRUNDMAN, individually and on behalf of all others similarly situated; MARTIN MACKEREL, individually and on behalf of all others similarly situated; PAUL BARRETT, individually and on behalf of all others similarly situated; EDDIE SITT, individually and on behalf of all others similarly situated; CHRISTOPHER HUGHSON, an individual,<br><br>　　　　Plaintiffs,<br>　　vs.<br><br>LOCAL LIGHTHOUSE CORP., a California corporation; ERIC OAKLEY, an individual; and RICHARD PAIK, an individual,<br><br>　　　　Defendants. | Case No. 8:15-cv-00802-JVS-JPR<br>Related Case No. 8:15-cv-01604-JVS-JRP (Sitt)<br><br>Assigned for All Purposes To:<br>Judge: James V. Selna<br>Ctrm: 10C<br><br>**ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE ONLY AS TO PLAINTIFF EDDIE SITT**<br><br>Action Filed: May 22, 2015 |

IT IS HEREBY ORDERED that pursuant to the Stipulation of Plaintiff EDDIE SITT ("Plaintiff Sitt") and Defendants LOCAL LIGHTHOUSE CORP., ERIC OAKLEY, and RICHARD PAIK ("Defendants") (Plaintiff Sitt and Defendants shall be referred to collectively as the "Parties") to dismiss the matter of *Eddie Sitt v. Local Lighthouse Corp. at al.*, bearing Case No. 8:15-cv-01064-JVS-

JRP ("Sitt Action"), which is part of, and consolidated with, the Consolidated Action entitled *Robert Ballon v. Local Lighthouse Corp. at al.*, bearing Case No. 8:15-cv-00802-JVS-JPR, with prejudice in its entirety.  Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the Sitt Action and Plaintiff Sitt's claims now are dismissed with prejudice.

Each Party shall bear its own attorneys' fees, costs, and expenses.

IT IS SO ORDERED.

Date:  February 16, 2016

_____
Honorable James V. Selna
United States District Judge